April 2, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

**FLEMING & ASSOCIATES, L.L.P. (N/K/A FLEMING, NOLEN & JEZ, L.L.P.) AND GEORGE FLEMING, Appellants**

NO. 14-15-00211-CV                                V.

**DON JACKSON, JEFFREY W. CHAMBERS, AND WARE, CHAMBERS, LEE & CHAMBERS, L.L.P., Appellees**

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on February 24, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**. Appellants' related appeal against another group of defendants, Charles Kirklin, Stephen Kirklin, Paul Kirklin, and the Kirklin Law Firm, P.C. (n/k/a Kirklin Soh, L.L.P.), docketed under our appellate case number 14-15-00238-CV, remains pending before the court.

We further order that all costs incurred by reason of this appeal be paid by appellants, Fleming & Associates, L.L.P. (n/k/a Fleming, Nolen & Jez, L.L.P.) and George Fleming, jointly and severally.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.